**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-6838**

———————

SAL BART SIRACUSA,

                                    Petitioner - Appellant,

        versus

R. C. LEE,

                                    Respondent - Appellee.

———————

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.  Graham C. Mullen,
Chief District Judge.  (CA-02-167-5)

———————

Submitted:  July 21, 2004          Decided:  August 16, 2004

———————

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Sal Bart Siracusa, Appellant Pro Se.  Sandra Wallace Smith, NORTH
CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Sal Bart Siracusa has filed a motion for a certificate of appealability to appeal the district court's denial of his 28 U.S.C. § 2254 (2000) petition. A certificate of appealability will not issue for claims addressed by a district court absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. See Miller-El v. Cockrell, 537 U.S. 322, 336 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683 (4th Cir. 2001). We have independently reviewed the record and conclude that Siracusa has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED